IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 0 6 2011

DAVID J MALAND, CLERK
BY
DEPUTY_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Cause No. 1:11-CR-88 |
| § | |
| COLIN LOUIS JENKINS (1) § | |
| a/k/a "Cuz" § | |
| JAMES JEROME GOUDEAU (2) § | |
| a/k/a "Goody" § | |
| ALBERT CHARLES (3) § | |
| "a/k/a "Homie" § | |
| JAMES EARL MCCLEARIN (4) § | |
| a/k/a "Tom" § | |
| DEREK T. COREATHERS (5) § | |
| DONALD WOODS (6) § | |
| a/k/a "Big Head", a/k/a "Fat Head" § | |
| EMANUEL CALVIN (7) § | |
| a/k/a "Toe" § | |
| CHRISTOPHER NIXON (8) § | |
| TOMMY EARL JOHNSON (9) § | |
| a/k/a/ "Twin", a/k/a/ "World" § | |
| THOMAS EARL JOHNSON (10) § | |
| a/k/a "Twin", a/k/a "Gutta" § | |
| ESTELL DOUGLAS HOBBS, JR. (11) § | |
| a/k/a "Hump" § | |
| AUTRY GLENN WHITE (12) § | |
| a/k/a "Art" § | |
| RIGOBERTO ANGEL GARZA (13) § | |
| a/k/a/ "Rico" § | |

NOTICE OF CASE ASSOCIATION

Pursuant to General Order No. 92-15, it is requested that this case be assigned to the Honorable Judge Marcia Crone to whom the following related case was assigned:

Starks, et al. (1:09-CR-175)

In giving this written notice to the Court and Clerk, I certify that this request for specific judge assignment in lieu of random draw is solely for the intent and purpose specified in General

Order No. 92-15.

    Signed this 6th day of July, 2011.

                                                JOHN M. BALES  
                                                UNITED STATES ATTORNEY

                                                John A. Craft  
                                                Assistant U. S. Attorney  
                                                350 Magnolia, Ste. 150  
                                                Beaumont, TX 77705  
                                                409-839-2538