**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 0 6 2011

DAVID J MALAND, CLERK
BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cause No. 1:11-CR-88 |
| | § | (JUDGE MARCIA CRONE) -Giblin |
| COLIN LOUIS JENKINS (1) | § | |
| a/k/a "Cuz" | § | |
| JAMES JEROME GOUDEAU (2) | § | |
| a/k/a "Goody" | § | |
| ALBERT CHARLES (3) | § | |
| "a/k/a "Homie" | § | |
| JAMES EARL MCCLEARIN (4) | § | |
| a/k/a "Tom" | § | |
| DEREK T. COREATHERS (5) | § | |
| DONALD WOODS (6) | § | |
| a/k/a "Big Head", a/k/a "Fat Head" | § | |
| EMANUEL CALVIN (7) | § | |
| a/k/a "Toe" | § | |
| CHRISTOPHER NIXON (8) | § | |
| TOMMY EARL JOHNSON (9) | § | |
| a/k/a/ "Twin", a/k/a/ "World" | § | |
| THOMAS EARL JOHNSON (10) | § | |
| a/k/a "Twin", a/k/a "Gutta" | § | |
| ESTELL DOUGLAS HOBBS, JR. (11) | § | |
| a/k/a "Hump" | § | |
| AUTRY GLENN WHITE (12) | § | |
| a/k/a "Art" | § | |
| RIGOBERTO ANGEL GARZA (13) | § | |
| a/k/a/ "Rico" | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846
Conspiracy with intent to distribute
a controlled substance (cocaine

HCL).

That from on or about 1995, the exact date being unknown to the Grand Jury, and continuing thereafter until November 17, 2010, in the Eastern District of Texas and elsewhere,

Colin Louis Jenkins
a/k/a "Cuz"
James Jerome Goudeau
a/k/a "Goody"
Albert Charles
"a/k/a "Homie"
James Earl McClearin
a/k/a "Tom"
Derek T. Coreathers
Donald Woods
a/k/a "Big Head", a/k/a/ "Fat Head"
Emanuel Calvin
a/k/a "Toe"
Christopher Nixon
Tommy Earl Johnson
a/k/a "Twin", a/k/a "World"
Thomas Earl Johnson
a/k/a "Twin", a/k/a "Gutta"
Estell Douglas Hobbs, Jr.
a/k/a "Hump"
and
Autry Glenn White
a/k/a "Art"
Rigoberto Angel Garza
a/k/a/ "Rico

defendants, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely, cocaine HCL.

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, all in violation of 21 U.S.C. § 846.

### Count Two

> Violation: 18 U.S.C. § 1956(h)
> Conspiracy to launder monetary instruments.

From on or about, 2006 the exact date being unknown to the Grand Jury, to on or about November 17, 2010, in the Eastern District of Texas and elsewhere,

> Colin Louis Jenkins
> a/k/a "Cuz"
> James Jerome Goudeau
> a/k/a "Goody"
> Albert Charles
> "a/k/a "Homie"
> James Earl McClearin
> a/k/a "Tom"
> Derek T. Coreathers
> Donald Woods
> a/k/a "Big Head", a/k/a "Fat Head"
> Emanuel Calvin
> a/k/a "Toe"
> Christopher Nixon
> Tommy Earl Johnson
> a/k/a/ "Twin", a/k/a/ "World"
> Thomas Earl Johnson
> a/k/a "Twin", a/k/a "Gutta"
> Estell Douglas Hobbs, Jr.
> a/k/a "Hump"
> and
> Autry Glenn White
> a/k/a "Art"

defendants, did knowingly, willfully, and unlawfully conspire, combine, confederate, and agree with others known and unknown to the Grand Jury, to commit

offenses against the United States, that is, to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, to wit: conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of a Schedule II controlled substance, namely cocaine HCL, in violation of 21 U.S.C. § 846, knowing that the property involved represented the proceeds of some form of unlawful activity, with the intent to conceal and disguise the nature, source, or ownership of such proceeds, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), said financial transactions being the receiving of or attempting to receive and the delivery or attempted delivery of a bulk money shipments of United States currency received from purchasers of cocaine HCL provided by the Longoria-Espinosa drug trafficking organization in the Southern District of Mississippi for the purpose of delivery to co-conspirators in the Southern District of Texas via transportation of the tainted proceeds through the Eastern District of Texas.

All in violation of 18 U.S.C. § 1956(h).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 21 U.S.C.§ 853 and § 881

Upon conviction of the controlled substance offense alleged in Count One or Count Two of this indictment, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

## MONEY JUDGMENT

A sum of money equal to forty-million-dollars ($40,000,000.00) in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, conspiracy to distribute and possess with intent to distribute five kilograms of more of a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely, cocaine HCL for which the defendants are jointly and severally liable.

## AUTOMOBILES:

1) 2002 Peterbilt truck tractor bearing VIN 1XP5DB9X12N581969 and Texas registration RJ9-D77 in the name of James J. Goudeau

2) 2007 Cadillac Escalade SUV bearing VIN 1GYFK63877R210667 and Texas registration 62F-HW4 in the name of James J. Goudeau.

3) 2006 Mercedes Benz R500 station wagon bearing VIN 4JGCB75E16A002469 and Texas registration CJ7-S621 in the name of Donald W. Woods.

4) 2003 Hummer bearing VIN 5GRGN23U73H146300 and Texas registration 64Z-SW6 in the name of Terry L. Hobbs.

## REAL PROPERTY:

1) 12111 Segrest Dr, Houston, TX 77047 described by the Harris County Appraisal District (HCAD) as Lot 14 Block 13 Cloverland Section 8, Harris County, TX and S 55 feet of Lot 13 Block 13 Cloverland Sec 8, Harris County, TX owned by Terry L Hobbs.

2) 12722 Robert E. Lee Rd., Houston, TX, 77044, described as: Lt.38, Blk.9, Houmont Park, Sec. 1, Harris County, TX, owned by Donald W. and Donnie L. Woods.

3) 12726 Robert E. Lee Rd., Houston, TX 77044, described as: Tr. 39A, Blk.9, Houmont Park, Sec. 1, Harris County, TX, owned by Donald Woods and

Donnie L. Johnson.

4) 121 Marion Ave. Jackson, MS, 39209, described as, Part of Lots Seven (7) and Eight (8), Block "C. Colonial Heights, according to a map or plat thereof which is on file and of record in the office of the Chancery Clerk of the First Judicial District of Hinds County at Jackson, Mississippi, and more particularly described as follows:

Parcel 1

Beginning at the Northeast corner of Lot 8, thence West along the North line of said Lot, 175 feet to the Northwest corner; thence South along the West line of said Lot 8 and 3.7 feet of Lot 7, 53.7 feet; thence Easterly to the East line of Lot, a distance of 175 feet; thence Northerly along the East line of Lot 8 to the point of beginning, a distance of 47.1 feet.

Parcel 2

Start at the Northeast corner of Lot 8, Block "C Colonial Heights and run thence Southerly along the East line of Lot 8 and Lot 7 for a distance of 87.1 feet to an iron pin and the point of beginning; thence Westerly along the South line of Lot 7 for a distance of 175.1 feet to the Southwest corner of Lot 7; thence Northerly along the West line of Lot 7; thence Northerly along the West line of Lot 7 for a distance of 40 feet to an iron pin; thence Easterly for a distance of 175 feet to an iron pin in the East line of Lot 8 that is forty (40) feet Northerly from the Southeast corner of Lot 7; thence Southerly along the East line of Lots 8 and 7 for a distance of 40 feet to the point of beginning.

5) 4140 Bullard St., Jackson, MS, 39209, described as, Lot Fifteen (15) feet off the East side of Lots Five (5), Six (60, and Seven (7), and also all of Lots Eleven (11), Twelve (12), Thirteen (13), and Fourteen (14) all as situated in Block "F", of Boling Subdivision, First Addition, according to the map thereof which is of record in the Office of the Chancery Clerk of Hinds County, at Jackson, MS, in Plat Book 4 at Page 82, reference to which is hereby made.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty.

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this indictment by the defendant(s) any and all interest the defendant(s) has/have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. §§ 853 and/or 881.

A TRUE BILL

_____
GRAND JURY FOREPERSON


JOHN M. BALES
UNITED STATES ATTORNEY

_____        _____
John A. Craft                                              Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Cause No. 1:11-CR- 88 |
| § | (JUDGE MARCIA CRONE) |
| COLIN LOUIS JENKINS (1) § | |
| a/k/a "Cuz" § | |
| JAMES JEROME GOUDEAU (2) § | |
| a/k/a "Goody" § | |
| ALBERT CHARLES (3) § | |
| "a/k/a "Homie" § | |
| JAMES EARL MCCLEARIN (4) § | |
| a/k/a "Tom" § | |
| DEREK T. COREATHERS (5) § | |
| DONALD WOODS (6) § | |
| a/k/a "Big Head", a/k/a "Fat Head" § | |
| EMANUEL CALVIN (7) § | |
| a/k/a "Toe" § | |
| CHRISTOPHER NIXON (8) § | |
| TOMMY EARL JOHNSON (9) § | |
| a/k/a/ "Twin", a/k/a/ "World" § | |
| THOMAS EARL JOHNSON (10) § | |
| a/k/a "Twin", a/k/a "Gutta" § | |
| ESTELL DOUGLAS HOBBS, JR. (11) § | |
| a/k/a "Hump" § | |
| AUTRY GLENN WHITE (12) § | |
| a/k/a "Art" § | |
| RIGOBERTO ANGEL GARZA (13) § | |
| a/k/a/ "Rico" § | |

## NOTICE OF PENALTY

### Count One

Violation:  21 U.S.C. § 841(a)(1); 21 U.S.C. § 846

Penalty:  Not less than **TEN (10)** years nor more than **LIFE** imprisonment, a fine not to exceed **$50,000,000.00**, or both,

and supervised release of not **less** than **FIVE (5)** years or more than **life**.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 1956(h)

Penalty: Not more than **TWENTY (20)** years imprisonment, a fine not to exceed **$500,000.00**, or both, and supervised release of not **more** than **three (3)** years.

Special Assessment: $100.00