DATE _____ November 2, 2011 _____
LOCATION _____ Beaumont Division _____
JUDGE _____ Zack Hawthorn _____
DEPUTY CLERK _____ Tonya Piper _____
ECRO _____ Tonya Piper _____
USPO: Mark Goforth _____
BEGIN _____ 3:11 pm _____

CASE NUMBER _____ 1:11cr88(1) _____
USA _____ John Craft _____   Assigned
VS _____ John Craft _____   Appeared

_____ Colin Louis Jenkins _____
Defendant
_____ James Kennedy for Kent Schafer _____
Attorney

## Arraignment & Bond Hearing

X Hearing held        ☐ Hearing called

X Arraignment   ☐ Change of Plea on: ☐ INFORMATION   X INDICTMENT   ☐ RULE 20
      held on counts  X 1  X 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
      ☐ other counts _____

☐ Information (felony)   ☐ kinfo.misd. . Information (misdemeanor)   ☐ ksl.info. .   Information (sealed)
☐ Indictment unsealed   ☐ kinfo.uns. . Information Unsealed
X Dft appears X with ☐ without counsel;   ☐ Dft appears pro se;   ☐ Counsel appears on behalf of dft.
☐ Dft files Waiver of Indictment   ☐ Dft advised of right to grand jury consideration
☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD ☐ kdaddatty
X Dft   X sworn                    X physically/mentally ready          ☐ name spelled
        ☐ advised of charges       ☐ advised of maximum penalties       ☐ advised of right to remain silent;
        ☐ advised of right to counsel  ☐ rec'd copy of the charges;       ☐ discussed charges w/ cnsl;
        X charges read             ☐ waived reading of charges;          X No pressure to plead
        ☐ advised of alternate sentencing under Youth Corrections Act;

☐ Consent to trial before U.S. Magistrate Judge       ☐ Consent to plea before U.S. Magistrate Judge
X Dft enters a plea of:  X ngpl. (not guilty)  ☐ gpl. (guilty)  ☐ nolopl. (nolo)  ☐ glesspl. (guilty - lesser)
      to counts:  X 1  X 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12
      ☐ other counts _____

☐ Factual Basis Established & written copy filed (sealed)
☐ Court finds plea voluntary, knowledgeable & that it has a basis in fact.
☐ Plea accepted                ☐ kplagrej.  Plea agreement rejected
☐ Acceptance of Plea Agreement is deferred pending review of PSI
☐ Plea agreement filed - in accordance with the local rules
X Final Pretrial Conf.  set for 12/19/11 ___ before Judge Marcia Crone _____ .
X Discovery order entered.  Dft has 21 ___ days or until _____ to file motions not covered by this order;
      Gvt has 7 ___ days or until _____ to respond.
☐ Motion filing deadline.  Pretrial motions or change of plea due by _____
☐ Sentencing deferred for pre-sentence investigation.
☐ Sentencing set for _____ before Judge _____
☐ Government motion for detention
X Dft bond  X set ☐ reset to $75,000 with $10,000 cash deposit ___ ☐ cash  ☐ surety  ☐ 10 %  ☐ PR  ☐ unsecured
☐ Bond continued ☐ in this case  ☐ $ _____ Type: _____  ☐ other case No. _____
X Order setting conditions of release       X Bond executed, deft released;
      DEFENDANT NOT RELEASED UNTIL Cash deposit is received
☐ Order of Detention (consents)   ☐ Temp Detention Pndg Hearing
X Dft remanded to custody of U.S. Marshal;
☐ Dft failed to appear, oral order for arrest warrant;   ☐ bond forfeited
X minutes        total court time: 30 mins _____

**CRIM 92-116**        ☐   See reverse/attached for additional proceedings        3:41pm adjourn